IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

---

PHEOSHA WRIGHT, et al.,

Plaintiffs,

v. Case No. 2025CV01596

JARED HOY, et al.,

Defendants.

---

**NOTICE OF WITHDRAWAL OF COUNSEL**

---

Please take notice that Assistant Attorney General Brandon Flugaur formally withdraws as counsel of record for the Defendants in the above action. Please remove Assistant Attorney General Flugaur as counsel of record and withdraw him from all future electronic filing notifications through the court's CM/ECF system. Assistant Attorney General Davies will continue to represent the Defendants.

Dated: July 23, 2026.

Respectfully submitted,

JOSHUA L. KAUL
Attorney General of Wisconsin

*s/Brandon Flugaur*
BRANDON T. FLUGAUR
Assistant Attorney General
State Bar #1074305

JONATHON M. DAVIES
Assistant Attorney General
State Bar #1102663

Attorneys for Defendants.

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 261-8125 (Davies)
(608) 266-1780 (Flugaur)
(608) 294-2907 (Fax)
Jonathon.Davies@wisdoj.gov
Brandon.Flugaur@wisdoj.gov